[No. 61626-9-I.   Division One.   May 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO ALONZO FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06543-8, Charles W. Mertel, J., entered April 7, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 61769-9-I.   Division One.   May 18, 2009.]

DALE L. SIEBERT ET AL., *Appellants*, v. BOGART SIDING, INC., ET AL., *Defendants*, OWENS NW PAINTING CONTRACTORS, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-02224-4, Steven J. Mura, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[No. 61837-7-I.   Division One.   May 18, 2009.]

CHRISTINE BUCK, *Appellant*, v. ADEM GERZIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-30581-5, Richard D. Eadie, J., entered February 29, 2008. *Dismissed* by unpublished opinion per Becker, J., concurred in by Appelwick and Lau, JJ.

[No. 62327-3-I.   Division One.   May 18, 2009.]

*In the Matter of the Marriage of* JAMES E. WARJONE, *Appellant*, and ROBIN A. WARJONE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-02506-7, Helen Halpert, J., entered September 11, 2008. *Remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Appelwick, J.